**In re Mary K. LONG.**

No. 05–1071.

United States Court of Appeals,
Federal Circuit.

Jan. 24, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).